**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6074

In Re:  JUAN CARLOS CRUZ,

Petitioner.

On Petition for a Writ of Mandamus.
(0:05-cv-02428-RBH)

Submitted: May 10, 2007          Decided:  May 14, 2007

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Juan Carlos Cruz, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Carlos Cruz petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2000) petition. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court entered an order adopting the magistrate judge's report and recommendation and denying relief on Cruz's petition. Accordingly, because the district court has recently decided Cruz's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED